446 A.2d 695

Kessler, Appellant v. Gregory et al.

Argued May 20, 1981. William J. Wiker and Jon M. Lewis, for appellant; Stephen L. Dugas, for appellees.

Before HESTER, POPOVICH and DiSALLE, JJ.

Order affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.

446 A.2d 696

Martin, Appellant v. Gilpenn Marine Service, Inc.

Martin v. Gilpenn Marine Service, Inc., Appellant.

Argued November 13, 1980. John A. Caputo, for Martin, appellant (at No. 438) and appellee (at No. 440); Samuel J. Reich for Gilpenn Marine, appellant (at No. 440) and appellee (at No. 438).

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Affirmed.